[No. 26250-5-I.   Division One.   September 3, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. SEAN D. ROSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 238984R030, John F. Wilson, J., entered May 3, 1990. *Reversed* by unpublished opinion per Scholfield, J., concurred in by Coleman and Agid, JJ.

[No. 10931-3-III.   Division Three.   September 5, 1991.]

RUSSELL L. WILKERSON, ET AL, *Respondents,* v. UNITED INVESTMENT, INC., *Defendant,* M. STANLEY SLOAN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 83-2-01561-2, Harold D. Clarke, J., entered June 22, 1990. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Thompson, J. Now published at 62 Wn. App. 712.

[Nos. 13397-1-II; 13506-0-II;   Division Two. September 9, 1991.] 13625-2-II.

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH D. WRINKLE, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD I. GREENY, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. STEPHEN J. MCINTYRE, *Appellant.*

Appeals from judgments of the Superior Court for Cowlitz County, No. 89-1-00322-5, Don L. McCulloch, J., entered October 31 and October 26, 1989. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Petrich, A.C.J., and Alexander, J.